

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

_____

## No. 08-26-00242-CR

_____

## In re Kevin Nichols

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator, Kevin Nichols, filed a handwritten document in which he requests, among other things, "other extraordinary relief."[1] We construe the document as a petition initiating an original appellate proceeding.[2] *See* Tex. R. App. P. 52.1 (stating that a petition filed in an appellate court seeking extraordinary relief, such as a writ of mandamus or quo warranto, commences as an original appellate proceeding).

---

[1] In the petition, Nichols complains about the lack of probable cause for his arrest, the length of his detention, inaccurate jail records for his time served, and plea agreement with the State. He further states that he would like to "file charges" against various individuals.

[2] We note that Nichols' petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.4, 9.5, 52.3, 52.7.

After consideration, the Court has determined that Nichols is not entitled to the relief sought. Accordingly, we deny the petition. *See, e.g.*, *In re Nichols*, No. 08-26-00135-CR, 2026 WL 936138, at *1 (Tex. App.—El Paso April 6, 2026, orig. proceeding) (mem. op., not designated for publication) (denying petition for writ of mandamus requesting that this Court "File Overbreath [sic] doctrine for" the trial court judge); *In re Nichols*, No. 08-26-00091-CR, 2026 WL 550061, at *1 (Tex. App.—El Paso Feb. 26, 2026, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction petition requesting that this Court initiate or compel the initiation of criminal charges against named persons); *In re Nichols*, No. 08-25-00197-CR, 2025 WL 2166439, at *1 (Tex. App.—El Paso July 30, 2025, orig. proceeding) (mem. op., not designated for publication) (dismissing for want of jurisdiction petition requesting that this Court file federal charges against identified persons). Any pending motions are dismissed as moot.

GINA M. PALAFOX, Justice

July 31, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.